IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN CASSINI,

        Plaintiff,                1: 08 CV 0645 OWW WMW PC

      vs.                          ORDER

HARLEY LAPPIN, et al.,

        Defendants.

     On July 3, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an application to proceed in forma pauperis.  A review of the docket reveals that Plaintiff filed has application to proceed in forma pauperis on May 8, 2008.  By separate order, Plaintiff will be granted leave to proceed in forma pauperis.

     Accordingly, IT IS HEREBY ORDERED that the July 3, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   August 5, 2008**                   /s/  William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE