IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN CASSINI,

        Plaintiff,               1: 08 CV 0645 OWW WMW PC

    vs.                          ORDER DISMISSING ACTION

HARLEY LAPPIN, et al.,

        Defendants.

      Plaintiff is a federal prisoner proceeding pro se in a civil rights action.  On Octobe4 23, 2008, Plaintiff filed a motion to dismiss this action without prejudice.  Plaintiff indicates that "the case at bar is now moot."  There has been no service of process and no defendant has entered an appearance.  This action should therefore be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:**   October 29, 2008                /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE